IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

ORIGINAL

ASTLE WITHERSPOON

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-against-**

see attached

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**
(Non-Prisoner Complaint)

Case No. ______________________
*(to be filled in by the Clerk's Office)*

Jury Trial: ☑ Yes ☐ No
*(check one)*

RECEIVED
MAY 01 2026
PRO SE OFFICE

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

REC'D IN PRO SE OFFICE
MAY 1 '26 AM11:26

# List of names against (Defendants)-

**NEW YORK CITY POLICE DEPARTMENT**

**P.O Nicholas Cruz, Shield #5974**

**P.O Malek Sulieman, Shield #21253**

**P.O James Riveria, Shield #12095**

**Deputy Inspector Joseph Leone**

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | ASTLE WITHERSPOON |
| Street Address | 2202 LINDEN BLVD APT 4C |
| City and County | BROOKLYN, KINGS |
| State and Zip Code | 11207 |
| Telephone Number | 3472138550 |
| E-mail Address | Astlewitherspoon@yahoo.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | NICHOLAS A CRUZ |
| Job or Title (if known) | POLICE officer |
| Street Address | 1470 EAST NEWYORK AVE 73RD PRECINCT |
| City and County | BROOKLYN, KINGS |
| State and Zip Code | NEW YORK 11212 |
| Telephone Number | 7184955411 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | MALEK SULIEMAN SHIELD 21253 |
| Job or Title (if known) | POLICE OFFICER |
| Street Address | 1470 east newyork |
| City and County | BROOKLYN,KINGS |
| State and Zip Code | 11212 |
| Telephone Number | 7184955411 |
| E-mail Address (if known) | |

Defendant No. 3

| | |
|---|---|
| Name | JAMES RIVERIA SHIELD 12095 |
| Job or Title (if known) | POLICE OFFICER |
| Street Address | 1470 east newyork |
| City and County | BROOKLYN,KINGS |
| State and Zip Code | 11212 |
| Telephone Number | 7184955411 |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | JOSEPH LEONE |
| Job or Title (if known) | DEPUTY INSPECTOR |
| Street Address | 560 SUTTER |
| City and County | BROOKLYN,KINGS |
| State and Zip Code | 11207 |
| Telephone Number | 7189228001 |
| E-mail Address (if known) | |

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

- ☑ State or local officials (a § 1983 claim)
- ☐ Federal officials (a *Bivens* claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

FIRST AMENDEMENT, FOURTH AMENDEMENT,

FOURTEENTH AMENDEMENT

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

I was illegally detained, threatened me officer cruz that he forcibly take my property my id

They would not allow me to film, requested a supervisor on seen no response.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

556 Mothergaston Blvd brooklyn NY 11212

B. What date and approximate time did the events giving rise to your claim(s) occur?

APRIL 14,2026

APROXIMATELY 5:20-5:38PM

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

1. April 14,2026 at approximately 5:20PM i was walking lawfully to my parked car in front of 556 mothersgaston blvd brooklyn ny 11212. Defendant Cruz ordered me to come to him. I came calmly. He asked me for id, and I asked why? I then asked is your body camera on? No response. So I asked what's your reason of suspicion or probable cause? for my id? No response. I requested for a supervising officer, Cruz stated "He is the law." I proceeded to ask if I can leave. Defendant #1, Sulieman, stated to me, "Shut up," grabbed his weapon, and did not pull. Officer Riveria arrived shorty told me to comply. I asked him what reason of suspicion or crime.Deputy Inspector Leone arrived, and stated he has nothing to do with the situation. Your honor, I am an open heart surgery survivor. Your honor, I even made a bowel movement. I thought I was going to be hurt. Officer Kevin MENENDEZ SHIELD1618 made me wait for over 30 minutes no help filling out ccrb complaint form. Jackie Witherspoon and Kathy Plowden witnessed this

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I have emotional unwellness, and now I know I must see a doctor. When I see police, I get afraid, and when I hear sirens, I shake.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Your honor, if you look at the tapes at the NYCHA development- at the horror I endured, I hope I can be rewarded the sum of four hundred seventy five thousand dollars.

Officer Cruz terminated, Officer Malek Sulieman fired.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A. For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: April 30 , 20 26 Submitted 05/01/2026

Signature of Plaintiff Astle Tyrone Witherspoon

Printed Name of Plaintiff ASTLE WITHERSPOON