UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
ASTLE WITHERSPOON,

                      Plaintiff,

             -against-

NICHOLAS CRUZ, JOSEPH LEONE, NEW YORK
POLICE DEPARTMENT, JAMES RIVERIA AND
MALEK SULIEMAN,

                   Defendants.
-------------------------------------------------------------------x

**ORDER**

26-CV-2614 (JRC)

JAMES R. CHO, United States Magistrate Judge:

On May 1, 2026, Plaintiff Astle Witherspoon filed this *pro se* action alleging violations of his civil rights. (ECF Dkt. No. 1.) Plaintiff's request to proceed *in forma pauperis* under 28 U.S.C. § 1915 (ECF Dkt. No. 2) is hereby granted.

The Clerk of Court shall prepare a summons for the defendants, and the United States Marshals Service is directed to serve the summons and the complaint upon the defendants without prepayment of fees.

SO ORDERED

        __s/ James R. Cho_____
        JAMES R. CHO
        United States Magistrate Judge

Dated: Brooklyn, New York
      May 6, 2026